FILED

08/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0314

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Debra V. Schutter & Sidney J. Schutter,      )
                                             )
           Claimants/Appellants,             )
                                             )        **Case No. DA 23-0314**
      -vs-                                    )
                                             )
State of Montana Board of Land               )        **ORDER**
Commissioners,                               )        **Unopposed**
                                             )   **Motion for Extension of Time**
           Objector/Appellee                 )
                                             )
_____              )

Appellant Debra and Sidney Schutter, move for an extension of time pursuant to Rule 26(1) of the Montana Rules of Appellate Procedure. Schutters' opening brief is due August 14, 2023. Schutters request a 30 day extension of time to file their opening brief on appeal on or before September 13, 2023. Pursuant to Rule of Appellate Procedure 26.1, Schutters' Motion is Granted. Schutters Opening Brief is due on or before September 13, 2023.

Dated this _____ day of August 2023.

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a true and accurate copy of this Motion for Extension of Time with the Clerk of the Montana Supreme Court and that I have served true and accurate electronic copies of the same upon each attorney of record as follows:

Montana Department of Natural Resources and Conservation
Aislinn W. Brown, Assistant Attorney General
Montana Department of Justice
PO Box 201440
Helena, Montana 59620
aislinn.brown@mt.gov


/s/ *KD Feeback*
Attorneys for Claimant/Appellants

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 11 2023